# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:14cv162

| | |
|---|---|
| BONNIE F. LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DAVID SUTTON, et al., ) | |
| ) | |
| Defendants. ) | |

Pending before the Court is the Motion to Dismiss [# 16]. Defendants move to dismiss the Complaint. On October 3, 2014, Plaintiff filed a Second Amended Complaint. The filing of an amended pleading supersedes the original pleading and renders it void of any legal function in the case. Young v. City of Mount Ranier, 238 F.3d 567, 572 (4th Cir. 2001). Accordingly, the Court **DENIES as moot** the Motion to Dismiss [# 16].

Signed: November 12, 2014

Dennis L. Howell
United States Magistrate Judge