IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:14 CV 162

| | |
|---|---|
| BONNIE LOGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v ) | |
| ) | |
| DAVID SUTTON, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the undersigned pursuant to Defendant's Motion to Require Plaintiff to Participate in a Judicial Conference and for Sanctions (#39). In the motion, Defendants sets forth that the Plaintiff has failed to participate in the Initial Attorneys' Conference as required by the LCvR 16.1(A)(B) and requests the Court enter an Order requiring Plaintiff to attend a judicial conference and that sanctions be applied against the Plaintiff. Attached to the motion of the Defendant is the Certificate and Report of Rule 16 Conference and Discovery Plan proposed by Defendants (#39-2). After considering the motion of Defendants, the Court will deny the motion of Defendants and will enter a Pretrial Order and Case Management Plan consistent, in large part, with the requests of Defendants.

1

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Defendants' Motion to Require Plaintiff to Participate in a Judicial Conference and For Sanctions (#39) is, in the discretion of the Court, **DENIED.** The Court will enter a Pretrial Order and Case Management Plan consistent, in large part, with the requests of Defendants.

Signed: July 29, 2015

Dennis L. Howell
United States Magistrate Judge