# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Bonnie Logan, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:14-cv-00162-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Rutherford County Board of Education, et al | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2016 Order.

March 25, 2016

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court